JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIEN ANDRE VALENTINE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE EVANS, Warden,<br><br>　　　　Respondent.<br>_____ | Case No. CV 08-8583 JFW(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody is granted, the Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

　　DATED: March 15, 2010

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE